

# Fourth Court of Appeals
## San Antonio, Texas

April 22, 2014

No. 04-14-00056-CV

**MARC III GENERAL CONTRACTORS LLC**,
Appellant

v.

Denis **MEJIA**,
Appellee

From the 166th Judicial District Court, Bexar County, Texas
Trial Court No. 2011-CI-08438
Honorable Laura Salinas, Judge Presiding

# O R D E R

    The Appellant's Agreed Motion to Continue Abatement Pending Mediation is hereby GRANTED. Time is extended to May 1, 2014. No further extensions of time will be granted.

_Sandee Bryan Marion_
Sandee Bryan Marion

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 22nd day of April, 2014.

_Keith E. Hottle_
Keith E. Hottle
Clerk of Court